UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE NICOLE GONZALEZ-COLON,

Plaintiff,

v.

HIRERIGHT, LLC, et al.

Defendants.

Case No. 8:25-cv-00549-CEH-SPF

## STIPULATION FOR DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

**AND NOW** come Plaintiff Stephanie Gonzalez-Colon, and Defendants HireRight, LLC and Safelite Group, Inc., and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims against any party are dismissed with prejudice. Each party shall bear their own costs.

Dated: October 17, 2025

/s/ *Devin H. Fok*
Devin H. Fok, Esquire
DHF LAW, P.C.
2304 Huntington Dr., Suite 210
San Marino, CA 91108
T: 888-651-6411
devin@devinfoklaw.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ *Brett M. Waldron*
Brett M. Waldron, Esquire (*pro hac vice*)
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103
T: 215-772-1500
bwaldron@mmwr.com

*Attorney for Defendant HireRight, LLC*

/s/ *Jacob C. Semus*
Jacob C. Semus, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215

T:  614.719.5000
jcsemus@vorys.com

*Attorney for Defendant Safelite Group, Inc.*